**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KINEISHA WOODARD,**

    **Plaintiff,**                        **CASE NO.**

**vs.**

**GUARDIAN FUELING
TECHNOLOGIES, LLC,**

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, GUARNDIAN FUELING TECHNOLOGIES, LLC ("Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure, Rule 7.2 of the Local Rules of the United States District Court for the Northern District of Florida, and Title 28 of the United States Code §§ 1331, 1367, 1441, 1443, and 1446, requests that this Court remove this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division. Defendant sets forth the grounds for removal of this civil action below.

**I.      INTRODUCTION**

On December 6, 2024, Plaintiff, Kineisha Woodard ("Plaintiff"), filed a Complaint for Damages ("Complaint") in the Circuit Court of the Second Judicial

1

Circuit, in and for Leon County, Florida, Case No. 24-CA-002037 (the "Circuit Court Case"). Copies of all processes, pleadings, orders, and other papers or exhibits of every kind currently on file within the Circuit Court Case are attached to this Notice of and Petition for Removal as **Composite Exhibit A** as required by 28 U.S.C. § 1446(a).

Plaintiff alleges claims under Section 1981 of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 1981. *See* **Comp. Ex. A,** Compl. ¶1.

On December 19, 2024, Defendant waived service of Plaintiff's Complaint. *See* **Comp. Ex. A, Waiver of Service of Process.**

The United States District Court for the Northern District of Florida, Tallahassee Division includes the judicial division in which Plaintiff filed her Complaint. *See* L.R. N.D. Fla. 3.1. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

Defendant has filed this Notice of and Petition for Removal within 30 days of the December 19, 2024, waiver of service of the Complaint on Defendant. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

Pursuant to 28 U.S.C. § 1446(d), Defendant has provided the Notice of and Petition for Removal to Plaintiff and has filed a copy of the Notice of and Petition for Removal in the Circuit Court Case.

## II.   REMOVAL IS PROPER BASED ON FEDERAL QUESTION JURISDICTION

### A. This Court Has Federal Question Jurisdiction.

Federal district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Here, Plaintiff's allegations arise under Section 1981 of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 1981. *See* **Comp. Ex. A,** Compl. ¶ ¶1, 25, and 33. Accordingly, this civil action is within the original federal question jurisdiction of the United States District Court and may be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1443.

WHEREFORE, Defendant respectfully requests that the United States District Court for the Northern District of Florida, Tallahassee Division, accept the removal of this action and direct that the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida have no further jurisdiction of this action unless and until this action is remanded.

DATED this 21st day of January 2025.

Respectfully submitted,

JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Telephone:  (904) 638-2655
Facsimile:  (904) 638-2656

/s/B. Tyler White
B. Tyler White
Florida Bar No. 0038213
Tyler.White@jacksonlewis.com
Alexandrea.Price@jacksonlewis.com
JacksonvilleDocketing@jacksonlewis.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed on this 21st day of January 2025, via the CM/ECF system and will be served via email on the following counsel of record:

Marie A. Mattox, Esq.
MARIE A. MATTOX, P.A.
203 N. Gadsden St.
Tallahassee, FL 32301
marie@mattoxlaw.com
marlene@mattoxlaw.com
*Attorneys for Plaintiff*

/s/ B. Tyler White
Attorney

4

# COMPOSITE EXHIBIT A